UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SHAYLA SMITH,
                Plaintiff,

v.

PRIORITY RECOVERY, INC.,
                Defendant.
--------------------------------------------------------------x

**ORDER**

22 CV 8833 (VB)

     As discussed at a conference held today and attended by counsel for all parties, it is

HEREBY ORDERED:

     1.     Defendant's pre-summary judgment motion letter pursuant to Paragraph 2.B.ii of

Judge Briccetti's individual practices is due by **March 19, 2024**.

     2.     Plaintiff's response to defendant's pre-summary judgment motion letter is due by

**March 29, 2024**.

     3.     A pre-motion conference for defendant's anticipated summary judgment motion

will be held on **April 11, 2024, at 10:00 a.m.**

Dated:  March 12, 2024
        White Plains, NY

                         SO ORDERED:

                         Vincent L. Briccetti
                         United States District Judge